UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
JAN 06 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 3:22-cr- 1 -RLY-MPB |
| v. | ) | |
| | ) | |
| KENT K. DAM and | ) | -01 |
| | ) | |
| GRACIE'S CHINESE CUISINE, INC., | ) | -02 |
| | ) | |
| Defendants. | ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1
8 U.S.C. §§ 1324(a)(1)(A)(ii) and (iii)
Transporting and Harboring Aliens

From on or about January 1, 2017 to February 23, 2021, within the Southern District of Indiana, KENT K. DAM, a defendant herein, knowing and in reckless disregard of the fact that aliens, including persons A.C., I.P., A.S., J.S., and N.N., had entered and remained in the United States in violation of law, did transport the aliens within the United States by means of vehicles, including a 2017 Toyota Tundra truck bearing Vehicle Identification Number ("VIN") 5TFDW5F15HX621802, in furtherance of such violation of law, and did harbor the aliens in buildings and other places, including the Gracie's Chinese Cuisine restaurant and two residences located on West Wortman Road, in Evansville, Vanderburgh County, Indiana, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(iii), and (a)(1)(B)(i).

## COUNT 2
## 18 U.S.C. § 1956(a)(1)(A)(i)
## Money Laundering

From on or about January 1, 2017 to February 23, 2021, within the Southern District of Indiana, KENT K. DAM, a defendant herein, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, did knowingly conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity. Specifically, DAM made payments to aliens, including persons A.C., I.P., A.S., J.S., and N.N., as wages with United States currency, knowing that the funds represented the proceeds of unlawful harboring and employment of aliens, with the intent to promote the carrying on of the unlawful harboring and employment of aliens.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 3
## 8 U.S.C. §§ 1324a(a)(1)(A) and (f)(1)
## Unlawful Employment of Aliens

From on or about January 1, 2017 to February 23, 2021, within the Southern District of Indiana, GRACIE'S CHINESE CUISINE, INC., a defendant herein, engaged in a pattern and practice of hiring for employment in the United States aliens, including persons A.C., I.P., A.S., J.S., and N.N., knowing that the aliens were unauthorized aliens, with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1)(A) and (f)(1).

## FORFEITURE

1. The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 8, United States Code, Section 1324(b)(1).

2. Upon conviction of the offense in violation of Title 8, United States Code, Section 1324(a)(1)(A), as set forth in Count 1 of this Information, KENT. K. DAM shall forfeit to the United States of America, pursuant to Title 8, United States Code, Section 1324(b)(1), any conveyance, including any vessel, vehicle, or aircraft, that was used in the commission of the violation, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds. The property to be forfeited includes, but is not limited to, the following: a 2017 Toyota Tundra truck bearing Vehicle Identification Number ("VIN") 5TFDW5F15HX621802.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ZACHARY A. MYERS
United States Attorney

_____
Matthew B. Miller
Assistant United States Attorney

_____
Cindy J. Cho
Criminal Chief