UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
JAN 0 6 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:22-cr-[ ]-RLY-MPB |
| KENT K. DAM, | ) -01 |
| Defendants. | ) |

## PENALTIES

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 8 U.S.C. §§ 1326(a)(1)(A)(ii) and (a)(1)(A)(iii), and (a)(1)(B)(i)<br><br>Transporting and Harboring Aliens | NMT 10 | $250,000 | 3 years |
| 2 | 18 U.S.C. § 1956(a)(1)(A)(i)<br><br>Money Laundering | NMT 20 | $500,000 | 3 years |

Dated: _____   _____
                                Defendant – Kent K. Dam

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana