# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>KENT K. DAM<br>GRACIE'S CHINESE CUISINE, INC.<br><br>*Defendant* | Case No. 3:22-cr-00001-RLY-MPB |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/00/2022

_____
*Defendant's signature*
o/b/o Gracie's Chinese Cuisine, Inc.

_____
*Signature of defendant's attorney*

Chad E. Groves
*Printed name of defendant's attorney*

_____
*Judge's signature*

Magistrate Judge Matthew P. Brookman
*Judge's printed name and title*