UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:22-cr-00001-RLY-MPB |
| KENT K. DAM, | ) | -01 |
| GRACIE'S CHINESE CUISINE, INC., | ) ) | -02 |
| Defendants. | ) | |

## SCHEDULING ORDER

The court SETS a change of plea and sentencing hearing for **JULY 28, 2022 at 10:00 a.m.** The defendants are ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 29th day of March 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record