UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:22-cr-00001-RLY-MPB |
| KENT K. DAM, | ) | -01 |
| GRACIE'S CHINESE CUISINE, INC., | ) ) | -02 |
| Defendants. | ) | |

**SCHEDULING ORDER**

The court, due to a scheduling conflict and upon agreement of parties, VACATES the change of plea and sentencing hearing set for July 28, 2022 and RESETS hearing to **OCTOBER 4, 2022 at 2:00 p.m.** The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 21st day of July 2022.

_[signature]_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record